UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **XIAMEN BABY PRETTY PRODUCTS CO., LTD.** | **CASE NO. 3:21-CV-00409** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TALBOTS PHARMACEUTICALS FAMILY PRODUCTS, LLC** | **MAG. JUDGE KAYLA MCCLUSKY** |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that the Joint Motion to Reopen Case [Doc. No. 51] is **GRANTED**. Considering the inability of the parties to consummate settlement and upon the joint motion of the parties, this case is hereby **REOPENED**. The clerk is directed to issue a new scheduling order in due course.

Monroe, Louisiana this 26th day of July, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE