UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| XIAMEN BABY PRETTY PRODUCTS CO., LTD., <br>     *Plaintiff,* <br> v. <br><br> TALBOT'S PHARMACEUTICALS FAMILY PRODUCTS, LLC, <br>     *Defendant.* | Civil Action No: 3:21-CV-00409-TAD-KDM |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Now into Court, through undersigned counsel, comes Garett A. Barten and Talbot's Pharmaceuticals Family Products, LLC who respectfully move as follows:

1.

Movers with to for Garett A. Barten to be withdrawn as counsel of record for Defendant, Talbot's Pharmaceuticals Family Products, LLC as he will be leaving the law firm of Christopher & Weisberg, P.A. and Defendant has Robert M. Chiaviello, Jr., Hartwell P. Morse, III and Elissa A. Tisdahl representing them and who will continue to do so.

2.

Movers show that Plaintiff has no opposition to Mover's withdrawing as shown by the attached e-mail.

Wherefore Defendant and Garett A. Barten move for an Order withdrawing Garett A. Barten as counsel of record in this matter, and that he be removed from the list of counsel receiving notice in this action.

Respectfully submitted this 13th of August, 2021

*Robert M. Chiaviello, Jr.*
Robert M. Chiaviello Jr., Esq.
Louisiana Bar No. 37370
bobc@nuby.com
Hartwell P. Morse, III, Esq.
Louisiana Bar No. 38626
hartwellm@nuby.com
3030 Aurora Avenue
Monroe, LA 71201
Phone: (318) 410-4012
*Counsel for Defendant*

Elissa A. Tisdahl, Esq.
etisdahl@cwiplaw.com
Florida Bar No. 85521
CHRISTOPHER & WEISBERG, P.A.
1232 N. University Drive
Plantation, FL 33322
(954) 828-1488 (Telephone)
(954) 828-9122 (Facsimile)
*Counsel for Defendant*