UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **XIAMEN BABY PRETTY PRODUCTS CO., LTD.** | **CASE NO. 3:21-CV-00409** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TALBOTS PHARMACEUTICALS FAMILY PRODUCTS, LLC** | **MAG. JUDGE KAYLA MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation is **ADOPTED IN PART**. Defendant's Motion to Dismiss [Doc. No. 25] is **GRANTED IN PART** and **DENIED IN PART**. To the extent Defendant moves to dismiss Counts Three and Four, the Motion is **GRANTED**, and Counts Three and Four are **DISMISSED WITH PREJUDICE**. To the extent Defendant moves to dismiss Counts Two and Five, the Motion is **DENIED**. If Defendant contends that the First Amended Complaint [Doc. No. 67] fails to state a claim upon which relief can be granted as to Count Two, Defendant may file a second motion.

Monroe, Louisiana this 8th day of December 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE