# EXHIBIT B

# VERSION I



Fig. B-1, Version I Front



Fig. B-2, Version I Back



Fig. B-3, Version I Left Side



Fig. B-4, Version I Right Side



Fig. B-5, Version I Top



Fig. B-6, Version I Bottom

Second Amended Complaint
Ex. B