# EXHIBIT C

# **VERSION II**


Fig. C-1, Version II Front


Fig. C-2, Version II Back


Fig. C-3, Version II Left Side


Fig. C-4, Version II Right


Fig. C-5, Version II Top


Fig. C-6, Version II Bottom

Second Amended Complaint
Ex. C