# EXHIBIT D

# VERSION II PINK


Fig. D-1, Version II Pink Front


Fig. D-2, Version II Pink Back


Fig. D-3, Version II Pink Left Side


Fig. D-4, Version II Pink Right Side


Fig. D-5, Version II Pink Top


Fig. D-6, Version II Pink Bottom

Second Amended Complaint
Ex. D