# EXHIBIT E


Fig. E-1, Version III Front


Fig. E-2, Version III Back


Fig. E-3, Version III Left Side


Fig. E-4, Version III Right Side


Fig. E-5, Version III Top


Fig. E-6, Version III Bottom

Second Amended Complaint
Ex. E