# EXHIBIT F

