**MINUTES OF STATUS CONFERENCE**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
**December 12, 2022**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **XIAMEN BABY PRETTY PRODUCTS CO LTD** | **CASE NO. 3:21-CV-00409** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TALBOTS PHARMACEUTICALS FAMILY PRODUCTS L L C** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

A telephone status conference was held in the above-referenced matter on Monday, December 12, 2022, beginning at 9:00 a.m. Participating on behalf of Plaintiff were Jan P. Christiansen and Jason Pepe. Participating on behalf of Defendant were Andrew Goldberg, Elissa Tisdahl, Hartwell Morse, III, Robert Chiavello, and David Hammett. Also participating were Taylor Dunne, Technical Advisor; Stephanie Stone, Law Clerk; and Amy Crawford, Deputy Clerk of Court.

The status conference was held for the specific purpose of selecting a date and setting a scheduling order for the claims construction hearing. The following dates were agreed upon by all parties:

| | |
|---|---|
| Plaintiff files opening brief | April 26, 2023; |
| Defendant files opening brief | May 10, 2023; |
| Plaintiff files rebuttal brief | May 24, 2023; |
| Defendant files rebuttal brief | June 7, 2023; |
| Plaintiff and Defendant file witness and exhibit lists in the record; | June 16, 2023; and |

| | |
|---|---|
| Claims Construction Hearing | June 27, 2023 (9:00 a.m., Monroe, LA). |

The parties will notify the Court if any sort of pretrial conference or status conference is required prior to the hearing.

The conference concluded at 9:10 a.m.

TAD

*TAD* (signature)