(Rev. 6/12/13)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
CIVIL DIVISION

XIAMEN BABY PRETTY PRODUCTS CO. LTD.,

Plaintiff

VS.

TALBOT'S PHARMACEUTICALS FAMILY PRODUCTS, LLC,

Defendant

Case No. 3:21-CV-00409-TAD-KDM

Judge Terry A. Doughty

Magistrate Judge Kayla D. McClusky

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Plaintiff Xiamen Baby Pretty Products Co., Ltd. in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of Utah or the bar of _____ court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Jan P. Christiansen of the firm of Hudson, Potts & Bernstein is appointed a local counsel.

Page 1 of 3

(Rev. 6/12/13)

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10.  I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____  
Signature of Applying Attorney

Applying attorney must sign.  No "s/ signature" accepted.

/s/ Jan P. Christiansen  
_____  
Signature of Local Counsel

Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

Name:   William B. Chadwick

Firm:   Kimball Anderson

Address:   649 E South Temple, Fl. 2  
           Salt Lake City, UT 84102

Telephone:   (385) 479-9465

Fax:

E-mail:   will@kimballanderson.com

Additional e-mail(s):

LOCAL COUNSEL INFORMATION:

Name:   Jan P. Christiansen

Firm:   Hudson, Potts & Bernstein

Address:   1800 Hudson Lane, Ste. 300  
           Monroe, LA 71201

Telephone:   (318) 388-4400

Fax:

E-mail:   jpchris@hpblaw.com

(Rev. 6/12/13)

## Certificate of Service

I hereby certify that on ⎯⎯3/10/23⎯⎯, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: ⎯⎯all counsel of record⎯⎯, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: ⎯⎯N/A⎯⎯.

⎯⎯/s/ Jan P. Christiansen⎯⎯
Signature

Name: Jan P. Christiansen
Firm: Hudson, Potts & Bernstein, LLP
Address: 1800 Hudson Lane, Ste. 300
Monroe, LA 71201
Telephone: 318-388-4400
Fax: 318-322-4194
E-mail: jpchris@hpblaw.com

Page 3 of 3

(Rev. 6/12/13)

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

<u>CIVIL</u> DIVISION

<u>XIAMEN BABY PRETTY PRODUCTS CO. LTD.,</u>   Case No. <u>3:21-CV-00409-TAD-KDM</u>

Plaintiff

VS.   Judge <u>Terry A. Doughty</u>

<u>TALBOT'S PHARMACEUTICALS FAMILY PRODUCTS, LLC,</u>   Magistrate Judge <u>Kayla D. McClusky</u>

Defendant

**ORDER**

IT IS ORDERED that <u>William B. Chadwick</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Plaintiff Xiamen Baby Pretty Products Co., Ltd.</u> <u> </u> in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____

U.S. Magistrate Judge