UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **XIAMEN BABY PRETTY PRODUCTS CO LTD** | **CASE NO. 3:21-CV-00409** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TALBOTS PHARMACEUTICALS FAMILY PRODUCTS L L C** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering the foregoing Joint Motion to Extend the Claim Construction Schedule [Doc. No. 164],

**IT IS ORDERED** that the Motion is **GRANTED**, and the Scheduling Order for the Claims Construction Hearing [Doc. No. 152] is extended as follows:

| | |
|---|---|
| Plaintiff files opening brief | August 23, 2023; |
| Defendant files opening brief | September 6, 2023; |
| Plaintiff files rebuttal brief | September 20, 2023; |
| Defendant files rebuttal brief | October 4, 2023; |
| Plaintiff and Defendant file witness and exhibit lists in the record | October 13, 2023; and |
| Claim Construction Hearing | October 31, 2023 (9:00 a.m., Monroe, LA). |

MONROE, LOUISIANA, this 26th day of April 2023.

_____
Terry A. Doughty
United States District Judge