# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| XIAMEN BABY PRETTY PRODUCTS CO., LTD., | ) Case No. 3:21-CV-00409 |
| Plaintiff | ) JUDGE TERRY DOUGHTY |
| v. | ) MAGISTRATE JUDGE McCLUSKY |
| TALBOTS PHARMACEUTICALS FAMILY PRODUCTS, LLC, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW COMES, by and though undersigned counsel, TALBOTS PHARMACEUTICALS FAMILY PRODUCTS, LLC ("Defendant"), who respectfully moves this Honorable Court to issue an Order withdrawing Andrew M. Goldberg (Florida Bar No. 1030784) as Defendant's counsel of record in the above-captioned case. Further Elissa A. Tisdahl (Florida Bar No. 85521) of Christopher & Weisberg, P.A., Bob M. Chiaviello (New York Bar No. 2018687, Louisiana Bar No. 37370, Texas Bar No. 04190720, Washington D.C. Bar No. TX0062) and Hartwell P. Morse (Louisiana Bar No. 38626 and Illinois Bar No. 6199527) of Nuby Law, and W. David Hammett (Louisiana Bar No. 23112) and Grant M. Tolbird (Louisiana Bar No. 37337) of Davenport, Files & Kelly, L.L.P. will remain as counsel of record for Defendant.

Andrew M. Goldberg (Florida Bar No. 1030784) consents to being withdrawn from this matter.

WHEREFORE, Defendant respectfully prays that Andrew Goldberg (Florida Bar No. 1030784) be withdrawn as counsel of record.

Respectfully submitted this 10th day of July, 2023

                                                /s/ W. David Hammett
W. David Hammett, Esq.
Louisiana Bar No. 23112
wdh@dfklaw.com
Grant M. Tolbird
Louisiana Bar No. 37337
gmt@dfklaw.com
Davenport, Files & Kelly, L.L.P.
1509 Lamy Lane
P.O. Box 4787
Monroe, LA 71211
(318) 387-6453
*Counsel for Defendant*

Elissa A. Tisdahl, Esq. | FL Bar No. 85521
etisdahl@cwiplaw.com
Andrew M. Goldberg, Esq.| FL Bar No. 1030784
CHRISTOPHER & WEISBERG, P.A.
1232 N. University Drive
Plantation, FL 33322
(954) 828-1488 (Telephone)
*Counsel for Defendant*

Robert M. Chiaviello Jr., Esq.
NY Bar No. 2018687 | LA Bar No. 37370
TX Bar No. 04190720 | D.C. Bar No. TX0062
bobc@nuby.com
Nuby Law
3030 Aurora Avenue
Monroe, LA 71201
Phone: (318) 410-4012
*Counsel for Defendant*

Hartwell P. Morse, III, Esq.
LA Bar No. 38626 | IL Bar No. 6199527
hartwellm@nuby.com
Nuby Law
3030 Aurora Avenue
Monroe, LA 71201
Phone: (318) 410-4012
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July 2023, I filed the foregoing Defendant's Motion to Withdraw as Counsel of Record electronically with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified therein.

/s/ W. David Hammett
W. David Hammett, Esq.

## SERVICE LIST
### Case No.: 1:20-cv-25010-PCH

Nihat Deniz Bayramoglu, Esq.
Nevada Bar No. 14030
California Bar No. 294922
Email: deniz@bayramoglu-legal.com
Damon A. Stemen, Esq.
Nevada Bar No. 6832
Email: Damon@bayramoglu-legal.com
Michal Calvey, Esq.
New York Bar
Email: michael@bayramoglu-legal.com
Bayramoglu Law Office, LLC
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Telephone: (702) 462-5973
*Counsels for Plaintiff*
*VIA CM/ECF*

Andrew S. Rapacke, Esq.
Florida Bar No. 116247
Email: andy@arapackelaw.com
The Rapacke Law Group, P.A.
3750 Birch Terrace
Davie, FL 33330
Telephone: 954.951.0154
Facsimile: 954.206.0484
*Counsel for Plaintiff*
*VIA CM/ECF*

Jan P. Christiansen, Esq.
Louisiana Bar No. 20142
Email: jpchris@hpblaw.com
Hudson, Potts & Bernstein
1800 Hudson Lane, Suite 300
P.O. Drawer 3008
Monroe, LA 71201
Telephone: (318) 388-4400
Facsimile: (318) 322-4194
*Counsels for Plaintiff*
*VIA CM/ECF*