UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| XIAMEN BABY PRETTY PRODUCTS CO LTD | CIVIL ACTION NO. 3:21-CV-00409 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| TALBOTS PHARMACEUTICALS FAMILY PRODUCTS L L C | MAG. JUDGE KAYLA D. MCCLUSKY |

# SCHEDULING ORDER

In accordance with Rule 16(b) of the Federal Rules of Civil Procedure, the following dates are set on the docket of Judge Terry A. Doughty:

| | |
|---|---|
| **August 09, 2027 at 9:00A.M.** | **JURY TRIAL before Judge Doughty in Monroe, 2nd floor Courtroom** |
| **July 08, 2027 at 10:00 A.M.** | **PRETRIAL CONFERENCE WITH Judge Doughty by zoom.** |
| **July 05, 2027 by 5:00 P.M.** | **PRETRIAL ORDER*** <br> *See format on Judge Doughty's forms page at www.lawd.uscourts.gov. |

## SPECIAL REQUIREMENTS ENFORCED BY THE COURT

**A.** **Motions to Extend Deadlines**. A motion to extend any deadline shall include a statement that the granting of the motion shall or shall not affect any other deadline or the trial date. Filing a motion to extend a deadline does not, in and of itself, result in an extension of time. Therefore, motions for extensions of time must be filed as soon as possible, but in any event, not later than the day before the existing deadline.

**B.** **Dispositive Motion Deadline.** Motions to extend the dispositive motion deadline are disfavored and will be granted only in exceptional circumstances.

**C.** **Motions to Continue Trial.** Except in extraordinary situations, no motion to continue the trial because of a trial conflict will be considered earlier than two months prior to the date of the trial.

**D.** **Scheduling Conferences.** The Court does not hold scheduling conferences to reschedule trial dates. If the Court feels a conference would be helpful, it will refer the matter to the Magistrate Judge for a conference at that time.

**E.** **Courtesy Copies.** An electronic copy of the motion and all memoranda only (no attachments) shall be e-mailed in Word Format to: Doughty_motions@lawd.uscourts.gov. If attachments to the motion or response exceed 50 pages, paper copies of the attachments shall be provided to chambers:

Hon. Terry A. Doughty
United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

**F. Exhibits For Court Proceedings.**

**THIS SECTION HAS CHANGED. PLEASE READ CAREFULLY.**

**Counsel for each party will be responsible for presenting their own evidence.**

In **jury** trials, all exhibits and depositions will be displayed to the jury on the electronic monitors in the courtroom. One paper copy of the exhibits admitted into evidence shall be provided for use during jury deliberations. That copy will be returned at the end of the trial. Additionally, and in accordance with the Notice Regarding Exhibits For Court Proceedings, an electronic copy of the exhibits Must also be submitted to the Court.

In **bench** trials, exhibits may be displayed on the electronic monitors in the Courtroom or counsel may provide bench books for the Judge, Law Clerk and witness. Additionally, and in accordance with the Notice Regarding Exhibits For Court Proceedings, an electronic copy of the exhibits Must also be submitted to the Court.

**G. Joint Submissions.** It is the duty of all counsel to notify the Court <u>in writing</u> if, after good faith reasonable effort, any party cannot obtain the cooperation of opposing counsel on matters requiring joint submissions, including the Pretrial Order, Joint Jury Instructions, Joint Jury Verdict Form, or edited trial depositions.

**H. Trial Depositions.** Unless excused by Judge Doughty for good cause shown, trial depositions in **jury** cases shall be videotaped. Any depositions that are intended to be used in evidence (other than for impeachment only) must be taken by video. Naturally, if a witness becomes unavailable unexpectedly, a deposition may still be read to the jury. However, parties are responsible for providing their own readers.

**I. Computation of Deadlines.** If a deadline falls on a Saturday, Sunday, or federal holiday, the effective date is the first business day following the deadline.

**J. Notification of Settlement.** If parties reach a settlement, they are to file a Notice of Settlement immediately. The Court will then issue an order allowing the parties 60 days to consummate the settlement and file a Joint Stipulation of Dismissal.

**K. Consent Trials.** In accordance with 28 U.S.C. 63(c)-(h), the parties may consent to proceed with a jury or a bench trial before a United States Magistrate Judge. If the parties wish to proceed before a United States Magistrate Judge, they are more likely to go to trial on the designated date. A consent form (AO-85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge) can be found on the official U.S. Court's website at www.uscourts.gov.

**L.** **Judgments.** Within 10 days of the Court's or the jury's ruling at the conclusion of a trial, counsel shall submit a proposed judgment, approved as to form by both sides. If counsel cannot agree on a judgment, then each side must submit its own proposed judgment with an explanation of objections to the other party's proposed judgment within the 10-day period.

**M.** **Communication with the Court.** Counsel are reminded that they should refer to this Scheduling Order, the Federal Rules of Criminal or Civil Procedure, the Local Rules for the Western District of Louisiana, and the Guide to Practice on the Court's website (www.lawd.uscourts.gov) **prior** to contacting Chambers. Counsel are further reminded that if they wish to discuss a substantive matter they should file a motion.

**N.** **Facsimile Transmissions.** Counsel shall not fax pleadings, courtesy copies, or correspondence to Chambers without specific prior permission.

**O.** **Mediation.** If all counsel are interested in mediation, they may contact the Magistrate Judge.

## PRETRIAL DEADLINES

**1. JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

**CLOSED** — Deadline for joinder of parties and amendment of pleadings.

**2. WITNESS LISTS.** Counsel shall simultaneously exchange witness lists setting forth the name and address of the witness and a brief statement of the nature of the witness's expected testimony. This requirement does not preclude earlier disclosure if requested by counsel in formal discovery. Additionally, parties are required to supplement their list immediately with the names of any additional witnesses who become known after the date the initial witness list is due. **The witness lists should not be filed in the record.**

**December 16, 2026** (204 days before PTC) — Simultaneous Exchange of Witness Lists.

**3. EXPERT WITNESS DISCLOSURE AND REPORTS.** Parties must disclose the name and curriculum vitae of any expert witnesses expected to be called in the parties' case-in-chief, as well as a summary of the subject matter and nature of their expected testimony. This requirement shall not apply to experts called solely for rebuttal purposes, which may be disclosed in accordance with Rule 26(a)(2)(D). This requirement does apply to treating health care providers who will testify as both fact and expert witnesses.

**December 16, 2026** (204 days before PTC) — **PLAINTIFF'S EXPERT REPORTS**

Counsel are cautioned that experts will not be allowed to testify regarding material not contained within their reports. If there is any subsequent change in the expert's opinion or its basis, the offering attorney must notify all counsel within 7 days. This requirement does not preclude earlier disclosure if requested by counsel in formal discovery.

**January 19, 2027**
(173 days before PTC)

**DEFENDANT'S EXPERT REPORTS**
Counsel are cautioned that experts will not be allowed to testify regarding material not contained within their reports. If there is any subsequent change in the expert's opinion or its basis, the offering attorney must notify all counsel within 7 days. This requirement does not preclude earlier disclosure if requested by counsel in formal discovery.

**4. DISCOVERY COMPLETION AND DISCOVERY MOTIONS.**

**February 23, 2027**
(135 days before PTC)

To allow time for responses, written discovery must be served more than thirty (30) days before the deadline. Motions to compel must be filed by this date.

**5. EXPERT DEPOSITIONS**

**March 25, 2027**
(105 days before PTC)

Unless deposed earlier, experts must be available for deposition during the two weeks before this date.

**6. DISPOSITIVE MOTIONS**

**April 09, 2027**
(90 days before PTC)

Deadline for filing dispositive motions.

**7. *DAUBERT* MOTIONS**

**April 09, 2027**
(90 days before PTC)

*Daubert* motions must be filed by this date. *Daubert* motions are challenges to expert testimony and exhibits or demonstrative aids based upon grounds that they are not relevant or reliable under the standards set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc*. 509 U.S. 579 (1993) and *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999).

## 8. PRETRIAL ORDER

| | |
|---|---|
| **June 07, 2027** (30 days before PTO filed) | a. No later than this date, counsel for plaintiff shall serve upon counsel for all other parties the proposed contents of the pretrial order. |
| **June 10, 2027** (25 days before PTO filed) | b. No later than this date, defense counsel shall serve upon counsel for all other parties all matters to be incorporated in the pretrial order. Additionally, defense counsel should submit any objections or changes to the proposals served by counsel for plaintiff. |
| **June 15, 2027** (20 days before PTO filed) | c. All trial counsel shall confer to prepare the proposed pretrial order. The Court prefers that such conference occur in person, but should a face-to-face meeting not be feasible or practical, counsel may confer by telephone. |
| **June 28, 2027** (7 days before PTO filed) | d. It is the duty of all counsel to notify the Court in writing no later than 7 days before the pretrial order is to be filed, if, after reasonable effort, any party cannot obtain the cooperation of other counsel. |
| **July 05, 2027** (Monday before PTC) | e. The proposed PRETRIAL ORDER must be filed with the Clerk of Court by 5:00 P.M. FAILURE TO COMPLY MAY RESULT IN SANCTIONS. |

## 9. PRETRIAL CONFERENCE

| | |
|---|---|
| **July 08, 2027 at 10:00 A.M.** WITH MAGISTRATE JUDGE | All trial counsel must participate. |

## 10. MOTIONS IN LIMINE

| | |
|---|---|
| **June 14, 2027** (26 days before PTC) | Deadline for filing motions in limine.<br>Note: Motions in Limine shall only be filed pertaining to issues: (i) amenable to pre-trial determination by the court, (ii) which cannot adequately be resolved by contemporaneous objection or at sidebar during trial, and (iii) which seek exclusion of evidence so highly prejudicial to the moving party that the timely motion to strike or an instruction by the Court to the jury to disregard the offending matter cannot overcome its prejudicial influence on the jurors' minds. Motions in Limine that do not meet these criteria will be summarily denied and the issues raised therein reserved for trial. |

## 11. EXCHANGE OF EXHIBITS

| | |
|---|---|
| **June 21, 2027** (20 days before PTC) | Exchange of a numbered set of all exhibits between counsel. |

## 12. PRETRIAL SUBMISSIONS

All pretrial submissions shall be filed with the Clerk of Court no later than 4:30 P.M. on the date specified below. **Sanctions may be imposed by the Court for failure to comply.**

### a. COURT REPORTER REQUIREMENTS

**July 26, 2027**
(14 days before trial)

1. **Real-time glossary**: A real-time glossary must be submitted to lawd_realtime@lawd.uscourts.gov. **14 days before trial regardless of whether you are requesting real-time reporting services**. See Court Reporters & Transcripts | Western District of Louisiana | United States District Court for an example.

2. **Real-time reporting services**: Requests for uncertified, real-time translation services must also be submitted to lawd_realtime@lawd.uscourts.gov

### b. PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW (BENCH TRIALS)

**July 30, 2027**
(10 days before trial)

Counsel for each party shall file a memorandum setting forth its proposed findings of fact and conclusions of law. Proposed findings of fact shall be in the form of an outline listing EACH WITNESS including any witness testifying by deposition. Under the name of each witness shall be a numbered list of the proposed facts that witness will testify to.

Proposed conclusions of law shall consist of a statement of the controlling law, as well as an application of the facts in the case to the controlling law. Proposed conclusions of law shall include pinpoint legal citations to supporting authority.

### c. JOINT BENCH VERDICT FORM (BENCH TRIALS)

**July 30, 2027**
(10 days before trial)

Counsel shall also file a JOINT VERDICT FORM, similar to a jury verdict form, for use by the Court as a checklist to ensure that all claims are resolved. The form shall be ONE DOCUMENT PREPARED JOINTLY BY ALL PARTIES. Any contested interrogatories should be clearly labeled.

### d. JOINT JURY INSTRUCTIONS AND VERDICT FORM (JURY TRIALS)

**July 30, 2027**
(10 days before trial)

Joint proposed jury instructions shall be filed. They shall also be submitted to Chambers by e-mail to Doughty_motions@lawd.uscourts.gov in Word. The proposed jury instructions shall consist of ONE RUNNING SCRIPT, PREPARED JOINTLY, based on the Fifth Circuit's Pattern Civil Jury Instructions. Counsel shall cite to all Fifth Circuit Pattern Instructions by number. Any non-pattern instructions shall include pinpoint citations to legal authority. Any contested instructions should be clearly labeled and followed by the objection of the opposing party with any applicable legal authority for the objection.

A joint proposed jury verdict form shall also be filed. The verdict form shall also be submitted by e-mail to Doughty_motions@lawd.uscourts.gov in Word. The proposed verdict form shall be ONE DOCUMENT PREPARED JOINTLY BY ALL PARTIES. Any contested interrogatories should be clearly labeled and followed by the objection of the opposing party with any applicable legal authority for the objection.

**e. PRETRIAL MEMORANDA (JURY AND BENCH TRIALS)**

**July 05, 2027**
(Monday before PTC)

Each party shall file a memorandum on the following if applicable, and provide a courtesy copy to chambers.

**i. CONTESTED ISSUES OF LAW**

All parties shall file memoranda on any contested issues of law to be decided by the Court.

**ii. OUTSTANDING DISCOVERY ISSUES**

All parties shall file memoranda on any outstanding discovery issues, including any issues relating to expert qualifications and testimony.

**iii. OBJECTIONS TO TRIAL DEPOSITIONS (JURY AND BENCH TRIALS)**

All parties shall file memoranda on objections to trial depositions, if any.

**Counsel shall be prepared to discuss these submissions at the Pre-Trial Conference.**

In Chambers, at Monroe, Louisiana, on this 30th day of June, 2026.

KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE